



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

**JANE DOE**,
individually and doing business as **True Tea**,
Plaintiff,

**1:26-cv-02785**
**Judge Steven C. Seeger**
**Magistrate Judge Heather K. McShain**
**Random/Cat 2**

v.

**VERA LYNN CALVIN**, et al.,
Defendants.

## PLAINTIFF'S REQUEST FOR PRESERVATION OF EVIDENCE

Plaintiff Jane Doe, proceeding **pro se**, respectfully requests that Defendant **AT&T Inc.** be ordered to preserve evidence relevant to this action.

1. Plaintiff alleges ongoing cyberstalking, threats, and attempts to obtain Plaintiff's identity by Defendant Vera Lynn Calvin, who was employed by AT&T during relevant periods.

2. Plaintiff has raised claims against AT&T including negligent supervision and retention, and alleges that AT&T had notice of prior complaints involving Defendant Calvin.

3. Plaintiff does **not** seek production of documents at this time. This request is limited solely to preservation to prevent spoliation of potentially relevant evidence.

4. Plaintiff respectfully requests that AT&T preserve all electronically stored information and records within its possession, custody, or control that may be relevant to this action, including but not limited to:

a. Employee access logs, audit trails, and system usage records associated with Defendant Vera Lynn Calvin;

b. Records reflecting systems, databases, or tools accessible to Defendant Calvin during her employment;

c. Internal complaints, investigations, disciplinary actions, or employment records relating to Defendant Calvin;

d. Policies, training materials, and protocols governing employee access to customer or third-party information;

e. Communications (including emails, messages, or internal reports) referencing Plaintiff, Defendant Calvin, or allegations of misuse of systems;

f. Records reflecting suspension, discipline, or restrictions placed on Defendant Calvin's system access.

1. This request includes preservation of data stored in active systems, backups, archives, logs, and any other media where such information is reasonably maintained.

2. Plaintiff makes this request due to the reasonable risk that relevant electronically stored information may be altered or deleted in the ordinary course of business.

3. Preservation of this evidence is necessary to ensure the integrity of the judicial process and does not impose an undue burden on AT&T.

WHEREFORE, Plaintiff respectfully requests that the Court order Defendant AT&T Inc. to preserve the foregoing evidence pending further order of the Court.

Respectfully submitted,



Verified by pdfFiller
03/02/2026

**Jane Doe**
Plaintiff, Pro Se
d/b/a True Tea
03/10/2026