**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

Plaintiff,

v.

Case No.: 1:26−cv−02785
Honorable Steven C. Seeger

Vera Lynn Calvin, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's application to proceed in forma pauperis (Dckt. No. [4]) is hereby denied without prejudice. Plaintiff's motion for leave to file the application under pseudonym (Dckt. No. [5]) is denied. Plaintiff's application is incomplete. Under Question 6, Plaintiff was required to list how much she contributed toward her dependents' support, as well as their relation to her. Plaintiff listed one dependent, a minor child, but no other information. Under Question 7, Plaintiff has listed debts and financial obligations of "Thousands of dollars." This is too vague. Finally, by the look of things, Plaintiff made $30,000 last year, which is enough to pay some or all of the filing fee. Under question 4, she said she has no money in cash or in a checking or saving account. The Court directs Plaintiff to confirm whether she made $30,000 last year, and has no cash, checking, or savings to show from it. Either way, the form is incomplete. This Court needs full information to make the assessment and does not have that information presently. Plaintiff must file an amended application to proceed in forma pauperis no later than two weeks after entry of this order. On October 5, 2026, this Court denied Plaintiff's motion for leave to proceed anonymously. (Dckt. No. [15]). Plaintiff's motion for leave to file the application to proceed in forma pauperis under pseudonym (Dckt. No. [5]) is denied for the same reasons. A failure to comply will lead to dismissal. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.